GRAVES, Respondent, v. STILLMAN, Appellant

(300 N. W. 635.)

(File No. 8483.   Opinion filed November 6, 1941.)

· **T. B. Thorson** and **W. A. McCullen,** both of Rapid City, for Appellant.

**Whiting & Wilson,** of Rapid City, for Respondent.

PER CURIAM.   The record in this action was settled on the 28th day of July, 1941, and although more than sixty days have elapsed since that date the appellant has failed to serve or file an Appellant's brief as required by the Rules of this Court.   The appeal is therefore deemed abandoned, and the judgment appealed from is hereby affirmed.